UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20169-CR-MARTINEZ/GOODMAN

UNITED STATES OF AMERICA

    Plaintiff,

vs.

HUMBERTO VALDES GONZALEZ,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Jonathan Goodman, on July 16, 2015. A Report and Recommendation was filed on July 22, 2015, [ECF No. 98], recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Jonathan Goodman, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to Count 2 of the Indictment which charges the Defendant with Conspiracy to Commit Kidnapping, in violation of Title 18, United States Code, Section 120(c).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3 day of August, 2015.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Goodman
All Counsel Of Record
U.S. Probation Office